IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GREEN LAMB PROPERTIES, LLC,<br><br>                Plaintiff,<br><br>vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>                Defendant. | 4:23CV3042<br><br>ORDER |

Counsel for the parties have advised the court that mediation has been scheduled for July 25, 2024. Accordingly,

**IT IS ORDERED**:

1. All remaining case progression deadlines are stayed, and all hearings are terminated, pending the outcome of mediation.

2. On or before **August 1, 2024**, the parties shall notify the Court regarding the outcome of mediation and reschedule the planning conference, if necessary.

Dated this 9th day of July, 2024.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge