IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GREEN LAMB PROPERTIES, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>Defendant. | 4:23CV3042<br><br>**ORDER OF DISMISSAL** |

This matter is before the Court on the parties' Joint Stipulation for Dismissal With Prejudice (Filing No. 43). Having considered the matter, the Court will accept the Joint Stipulation.

**IT IS ORDERED** that this case is dismissed with prejudice, with the parties to bear their own attorney's fees and costs.

Dated this 9th day of September, 2024.

BY THE COURT:

Susan M. Bazis
United States District Judge